UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Candelaria Aimetta, et al.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>Farms of Trinity Forest, et al.,<br><br>                  Defendants. | No. 2:24-cv-01991-KJM-AC<br><br>ORDER |

The parties state in their joint status report that "[a]ll parties have consented to have a magistrate judge conduct all further proceedings including trial and entry of judgment." Joint Status Rep. at 4, ECF No. 9. Only some parties have filed notice of their positions on consent. *See* ECF No. 8. **Within seven days**, all parties who have not previously consented shall file the appropriate form. *See* Blank Form, ECF No. 3-1. All other dates and deadlines are **vacated**.

    IT IS SO ORDERED.

DATED: December 6, 2024.

                                                    UNITED STATES DISTRICT JUDGE