Carlos Jato, Bar No. 282710
819 Eddy Street
San Francisco, CA 94109
Tel: 415.771.6174
Fax: 415.474.3748
E-mail: cgjato@jato-law.com
Attorneys for Plaintiffs CANDELARIA AIMETTA, LISSETTE RAMIREZ, FABIAN LAGOS, VICTOR GARCIA, CRISTIAN LAGOS, YANIRA CAVIEDES, CRISTIAN ULLOA, MIKEL ALONSO, TOMAS AIMETTA, PAMELA MANAVELLA, MAURICIO DEPETRIS, MATIAS CAJIAO

Thomas J. Ballanco, Bar No. 194345
P.O. Box 2878
Weaverville, Ca 96093
Tel. 650-296-9782
Harmonicengineering@gmail.com
Attorney For Defendants JAKE GROSSMAN CRIST, OLIVIA CACCAVO & FARMS OF TRINITY FORESTS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CANDELARIA AIMETTA, LISSETTE RAMIREZ, FABIAN LAGOS, VICTOR GARCIA, CRISTIAN LAGOS, YANIRA CAVIEDES, CRISTIAN ULLOA, MIKEL ALONSO, TOMAS AIMETTA, PAMELA MANAVELLA, MAURICIO DEPETRIS, MATIAS CAJIAO ,<br><br>                    Plaintiff,<br><br>v.<br><br>FARMS OF TRINITY FOREST, WEEDERVILLE LLC, OLIVIA CACCAVO, THOMAS JOHN BALLANCO, JAKE GROSSMAN CRIST<br><br>                    Defendants. | Case No.:   2:24-cv-01991-AC<br><br>**AMENDED STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY THE TRIAL SCHEDULE**<br><br>TRIAL: June 8, 2026<br>TIME: 9:00am<br>JUDGE: Hon. Judge Allison Claire |

This Joint Stipulation and Order to Continue the Trial and Related Deadlines is Jointly submitted by all the parties to this action, by and through their counsel of record: Namely, CANDELARIA AIMETTA, LISSETTE RAMIREZ, FABIAN LAGOS, VICTOR GARCIA, CRISTIAN LAGOS, YANIRA CAVIEDES, CRISTIAN ULLOA, MIKEL ALONSO, TOMAS AIMETTA, PAMELA MANAVELLA, MAURICIO DEPETRIS, MATIAS CAJIAO (Plaintiffs all jointly represented by Carlos Jato) on the one hand, and Defendants FARMS OF TRINITY FOREST, OLIVIA CACCAVO, JAKE GROSSMAN CRIST (represented by Tom Balanco) on the other hand.

WHEREAS the Court's Order of May 22, 2025 established the trial and related deadlines in this matter as follows: (1) All discovery shall be completed by December 15, 2025. (2) Motions to compel to be heard not later than December 3, 2025. (3) All law and motion, except as to discovery, to be completed on or before February 27, 2026. (4) final pretrial conference on April 8, 2026, at 10:00 a.m., in Courtroom No. 26, 8th Floor. (5) jury trial is set to commence before Magistrate Judge Allison Claire on June 8, 2026, at 9:00 a.m., in Courtroom No. 26, 8th Floor;

WHEREAS Defendants are currently litigating another civil action in Trinity County Superior Court case number 21CV134;

WHEREAS Defendants have been served with Warrants issued by the District Attorney of Trinity County and expect an impending criminal prosecution;

WHEREAS the parties will benefit from additional time to complete discovery in light of the other litigation involving the defendants.

THEREFORE, the parties stipulate that the currently scheduled deadlines stated above be continued for three months or as soon thereafter as the court is available so as to allow the parties additional time to prepare this case for trial:

(1) All discovery shall be completed by March 16, 2026. (2) Motions to compel to be heard not later than March 4, 2026. (3) All law and motion, except as to discovery, to be completed on or before May 27, 2026. (4) final pretrial conference on July 8, 2026, at 10:00 a.m., in Courtroom No. 26, 8th Floor. (5) jury trial to commence before Magistrate Judge Allison Claire on September 14,

2026, at 9:00 a.m., in Courtroom No. 26, 8th Floor;

Dated:  November 4, 2025

Respectfully submitted,

_____
Tom Ballanco
Attorney for defendants

Dated: November 4, 2025

LAW OFFICES OF CARLOS JATO

_____
Carlos Jato
Attorney for Plaintiffs

**~~PROPOSED~~ ORDER**

Pursuant to the above stipulation of the parties and finding good cause therefore, I hereby ORDER the following modification of the Trial Schedule Order:

(1) All discovery shall be completed by March 16, 2026.

(2) Motions to compel to be heard not later than March 4, 2026. (3) All law and motion, except as to discovery, to be completed on or before May 27, 2026.

(4) final pretrial conference on July 8, 2026, at 10:00 a.m., in Courtroom No. 26, 8th Floor.

(5) jury trial to commence before Magistrate Judge Allison Claire on September 14, 2026, at 9:00 a.m., in Courtroom No. 26, 8th Floor;

The deadlines not addressed by this order remain unchanged.

SO ORDERED

DATED: November 6, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE