UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDELARIA AIMETTA, et al., | No.  2:24-cv-1991 AC |
| Plaintiffs, | |
| v. | ORDER |
| FARMS OF TRINITY FOREST, et al., | |
| Defendants. | |

The parties have consented to the jurisdiction of the undersigned pursuant to E.D. Cal. R. ("Local Rule") 305(a).  ECF Nos. 12.  On April 22, 2026, plaintiff filed a motion for summary judgment set to be heard on May 27, 2026.  ECF No. 23.  Pursuant to Local Rule 230(c), defendants were required to file an opposition or notice of non-opposition within 14 days of the motion being filed.  In this case, the deadline was May 6, 2026.  Defendants did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of May 27, 2026 is VACATED to be re-set as necessary.  Defendants shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not be construed as a non-opposition to the motion.  See Local Rule 230(c).  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order.  If defendants fail to respond, the undersigned may construe this as non-opposition to the motion for summary

1

judgment, take it under submission, and rule based on the moving papers alone.

IT IS SO ORDERED.

DATED: May 13, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2